■ DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY ABS CAPITAL, INC. TRUST 2006-HEA, Respondent, v DAVID GOLDING et al., Defendants. CONROY WHITE, Proposed Intervenor-Appellant. [1 NYS3d 113]—

In an action to foreclose a mortgage, the proposed intervenor, Conroy White, appeals, as limited by his brief, from so much of an order of the Supreme Court, Westchester County (Loehr, J.), entered October 25, 2012, as denied his motion for leave to intervene.

Ordered that the order is affirmed insofar as appealed from, with costs.

The appellant unduly delayed in seeking leave to intervene in this mortgage foreclosure action. The appellant's remaining contentions are without merit. Accordingly, the Supreme Court properly denied the appellant's motion for leave to intervene (*see U.S. Bank N.A. v Bisono*, 98 AD3d 608 [2012]; *JP Morgan Chase Bank, N.A. v Edelson*, 90 AD3d 996 [2011]; *T & v Constr. Corp. v Pratti*, 72 AD3d 1065 [2010]). Dillon, J.P., Dickerson, Leventhal and Hall, JJ., concur.